UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROGER CLINE, et al., | NO. CIV. S-06-0882 FCD PAN (JFM) |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| WILLIM "CHIP DELLAPENNA, et al., | |
| Defendants. | |
| WILLIAM "CHIP" DELLAPENA, et al., | |
| Cross-Complainants, | |
| v. | |
| CAPITAL HOLDINGS INT. LLC, et al., | |
| Cross-Defendants. | |

----oo0oo----

On January 3, 2005 the Eastern District of California became an electronic case management/filing district. The district took the necessary steps to notify the public of the change.

1  Local Rule 5-133(a) states:".... Unless excused by the Court
2 or by the electronic filing procedures set forth in these Rules,
3 attorneys shall file all documents electronically pursuant to
4 those Rules. All complaints, and subsequent motions, pleadings,
5 briefs, exhibits, and all other documents in a case shall be
6 electronically filed except as otherwise provided by these
7 Rules.......".

8  Accordingly, the court makes the following orders:

9  1.  Plaintiff's counsel is ordered to show cause why he
10 should not be sanctioned in the amount of $150.00 for failing to
11 comply with Local Rule 5-133, Electronic Filing.

12  2.  Plaintiff's counsel shall file a response to the order
13 to show cause on or before August 11, 2006.

14  3.  A hearing on this order to show cause is set for
15 Friday, August 18, 2006 at 10:00 a.m.

16  4.  If counsel registers with this district and obtains a
17 login and password for electronic filing the court shall
18 discharge this Order.

19  IT IS SO ORDERED.
20 DATED: July 14, 2006

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE